IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA WIMMER, and AARON LANDHERR, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Cause No.: 4:21-cv-01126 |
| CITY OF ST. CHARLES, JASON FRANKLIN, MICHAEL TIEMANN, and JOHN DOES #1-3, | ) ) ) ) ) | |
| Defendants. | ) | |

### MOTION FOR HEARING AND STAY OF SCHEDULING ORDER

COMES NOW, Plaintiffs, and with the agreement of Defendants, ask that an evidentiary hearing be set for **April 19, 2022, at 1:00 p.m.**, at which time the parties will present a settlement reached in mediation for the court's approval and apportionment among all persons claiming an interest therein pursuant to RSMo § 537.080.

Additionally, and as also agreed upon by counsel, the parties ask that the current Scheduling Order be stayed pending this hearing, and the dates therein be reset by later agreement, if necessary.

Respectfully submitted,

THE SCHINDLER LAW FIRM, P.C.

/s/ Joshua M. Schindler
Joshua M. Schindler, #37891(MO)
Brian P. Doty, #61391(MO)
7710 Carondelet Ave., Suite 333
St. Louis, MO 63105
(314) 862-1411
(314) 862-1701 (fax)
josh@schindlerlawfirm.com
Attorney for Petitioners