IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREA WIMMER, and AARON LANDHERR, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | ) Cause No.: 4:21-cv-01126<br>) |
| CITY OF ST. CHARLES, JASON FRANKLIN, MICHAEL TIEMANN, and JOHN DOES #1-3, | )<br>)<br>)<br>) |
| Defendants. | ) |

## AFFIDAVIT

I, Aaron Landherr, being first duly sworn and upon my oath, and states as follows:

1. I have been advised by the attorney of my choosing of the proposed settlement in this matter, as stated in the Settlement Agreement (presented in camera), the laws applicable to this matter, and the provable facts underlying same. I have reviewed such Settlement Agreement and agree to the terms therein, subject to the final approval of this court.

2. I understand I have a right to have my case heard by a trial or the court and that I could receive, more, less, or no recovery. By entering into the settlement agreement, I voluntarily and knowingly give up these rights. I have similarly been advised of the risks of proceeding to a contested apportionment hearing, and find that a mutually agreed settlement and apportionment by and among all parties, is in my individual best interest.

3. I find that the amounts apportioned to the individual parties is a fair and reasonable division of the total settlement amount in accordance with the laws applicable to this matter and the provable facts underlying same.

4. I find that the total settlement amount of the settlement to be approved by this court, is similarly fair and reasonable given the laws applicable to this matter and the provable facts underlying same.

5. To my knowledge, decedent has no other children, parents, or spouses entitled to notice of this matter or any portion of the proposed settlement thereof.

_____
Aaron Landherr

STATE OF MISSOURI ) 
      Charles ) ss
COUNTY OF ST. ~~LOUIS~~ )

Subscribed and sworn to before me, a Notary Public, this __19__ day of April, 2022.

_____
Notary Public

My commission expires: 9-26-22

**JOSH ENGLAENDER**
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: Sept. 26, 2022
18168167

Respectfully submitted,

THE SCHINDLER LAW FIRM, P.C.

/s/ Joshua M. Schindler
Joshua M. Schindler, #37891(MO)
Brian P. Doty, #61391(MO)
7710 Carondelet Ave., Suite 333
St. Louis, MO 63105
(314) 862-1411
(314) 862-1701 (fax)
josh@schindlerlawfirm.com
Attorney for Petitioners