IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREA WIMMER, and AARON LANDHERR, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ST. CHARLES, JASON FRANKLIN, MICHAEL TIEMANN, and JOHN DOES #1-3, <br><br> Defendants. | Cause No.: 4:21-cv-01126 |

## AFFIDAVIT

I, **Amanda Fry**, being first duly sworn and upon my oath, and states as follows:

1. I have been advised by the attorney of my choosing of the proposed settlement in this matter, as stated in the Settlement Agreement (presented in camera), the laws applicable to this matter, and the provable facts underlying same. I have reviewed such Settlement Agreement and agree to the terms therein, subject to the final approval of this court.

2. I understand I have a right to have my case heard by a trial or the court and that I could receive, more, less, or no recovery. By entering into the settlement agreement, I voluntarily and knowingly give up these rights. I have similarly been advised of the risks of proceeding to a contested apportionment hearing, and find that a mutually agreed settlement and apportionment by and among all parties, is in my individual best interest.

3. I find that the amounts apportioned to the individual parties is a fair and reasonable division of the total settlement amount in accordance with the laws applicable to this matter and the provable facts underlying same.

4. I find that the total settlement amount of the settlement to be approved by this court, is similarly fair and reasonable given the laws applicable to this matter and the provable facts underlying same.

5. To my knowledge, decedent has no other children, parents, or spouses entitled to notice of this matter or any portion of the proposed settlement thereof.

*[Signature]*
4-19-22

STATE OF MISSOURI )
) ss
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me, a Notary Public, this 19th day of April, 2022.

*[Signature]*
Notary Public

My commission expires: 07-04-2025

> CHRIS HERMAN
> Notary Public, Notary Seal
> State of Missouri
> St. Louis County
> Commission # 17086898
> My Commission Expires 07-04-2025

Respectfully submitted,

**DONNER APPLEWHITE, ATTORNEYS AT LAW**

By: *Steven A. Donner*
Steven A. Donner, #63789MO
906 Olive Street, Suite 1110
St. Louis, Missouri 63101
Phone: (314) 240-5350
Fax: (888) 785-4461
Email: steve.donner@da-lawfirm.com

*Attorneys for Intervenor Amanda Fry*